UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

_____
In re                                          )
                                                    )              Chapter 11
IRVING TANNING COMPANY            )
                                                    )              Case No. 05-10423 (LHK)
                    Debtor.                  )
_____)

**AFFIDAVIT OF PETER J. BRANN IN SUPPORT OF
APPLICATION FOR ORDER, PURSUANT TO SECTIONS 328
AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY CODE 2014
TO EMPLOY BRANN & ISAACSON AS LOCAL CO-COUNSEL FOR THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

PETER J. BRANN, being duly sworn, deposes and says:

1. I am an attorney at law licensed to practice in the State of Maine and a partner of Brann & Isaacson ("B&I"). I have personal kowledge of the facts stated in this affidavit except as expressly stated herein.

2. This Affidavit is submitted in support of the Application Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankrtupcy Procedures for Order Authorizing the Employment and Retention of Brann & Isaacson as Local Co-Counsel Attorneys for the Official Unsecured Creditors Committee (the "Application"). In addition, I submit this Affidavit in accordance with Local Rule 2014-1 of the District of Maine Local Bankruptcy Rules.

3. Neither I, B&I, nor any partner or associate thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtor (the "Debtor"), its creditors or any other parties in interest herein, or their respective attorneys.

4. B&I does not represent any interest adverse to the Debtor or its estate.

5. No promises have been received by B&I nor by any partner or associate thereof as to compensation in connection with its representations of the Committee in

these cases other than in accordance with the provisions of the Bankruptcy Code. B&I has no agreement with any entity to share any compensation received by B&I.

6. Subject to Court approval in accordance with Section 330(a) of the Bankruptcy Code, compensation will be payable to B&I on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by B&I. The current hourly rates charged by B&I for professional and paralegals employed in its office are:

| | |
|---|---|
| Partner | $185 - $350 |
| Associates | $125 - $205 |
| Paralegal | $ 60 - $ 90 |

The principal attorneys designated to represent the Committee and their current standard hourly rates are:

a. Peter J. Brann $275.00 per hour
b. Regan M. Hornney $200.00 per hour

7. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Committee in connection with the matters herein described.

8. The hourly rates set forth above are B&I's standard hourly rates for work of this nature.

9. B&I will charge the Committee for expenses in a manner and at rates consistent with charges made generally to B&I's other clients and within the guidelines of the Standard Maine Expense Level List of the Local Rules of this Court.

10. No promises have been received by B&I nor by any partner or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. B&I has no agreement with any other entity to share with such entity any compensation received by B&I in connection with this chapter 11 case, except among the partners and associates of B&I.

11. B&I did not receive a retainer with respect to its representation of the Committee.

DATED: April 11, 2005                                  /s/ Peter J. Brann__
                                                       Peter J. Brann, Esq.


STATE OF MAINE
ANDROSCOGGIN, ss.                                                April 11, 2005

    Then appeared before me the above-named Peter J. Brann, Esq., being duly sworn upon oath, and stated that the foregoing instrument is true. Before me,


                                                       /s/ Regan M. Hornney_____
                                                       Notary Public/ Attorney-at-law